IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEYLA MATEO,<br><br>Defendant. | CRIMINAL INFORMATION<br><br>CRIMINAL NO. ~~2019-40~~ 2023-001<br><br>VIOLATION:<br>**Title 18, United States Code, Section 371** |

Rec'd.DOVI-ST 01 05'23 AM09:04

THE UNITED STATES ATTORNEY CHARGES THAT:

COUNT ONE
*(Conspiracy)*

Between on or about May 2, 2018 to on or about July 11, 2018, **KEYLA MATEO,** and other persons, both known and unknown to the United States Attorney, did knowingly and unlawfully conspire, combine, confederate, and agree together to commit an offense against the United States, to wit: transport or transfer in interstate or foreign commerce any goods, wares, merchandise, specifically fraudulently obtained cell phones, valued at $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, in violation of 18 United States Code, Section 2314.

Overt Act

On or about June 2, 2018, **KEYLA MATEO** received a package in the Bronx, New York, containing 15 cell phones that had been shipped to her by a

co-conspirator in interstate and foreign commerce, from St. Thomas in the United States Virgin Islands, knowing that the cell phones had been stolen, converted or taken by fraud.

All in violation of Title 18, United States Code, Section 371.

DELIA L. SMITH
UNITED STATES ATTORNEY

By: ______________________________

Evan Rikhye
Assistant U.S. Attorney
United States Attorney's Office
District of the Virgin Islands
1108 King St. Suite 201, Christiansted
St. Croix, VI 00820
Telephone: 340-773-3920