IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 2023-01 |
| | ) | |
| vs. | ) | |
| | ) | |
| KEYLA MATEO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY**

On January 5, 2022, by consent, the defendant appeared before me under Federal Rule of Criminal Procedure 11, LRCr 1.2. and LRCi 72.3, and pleaded guilty to count one of the Information, which charges a violation of 18 U.S.C. § 371. After cautioning her and examining her under oath about each Rule 11 matter, I found her plea was intelligently, knowingly, and voluntarily made, and the facts she admitted establish the elements of the charged offense. I therefore recommend accepting her plea and adjudicating her guilty of count one of the Information.

For the proceeding, the prosecutor appeared in person. Defense counsel and the defendant appeared by videoconference. The defendant consented to appearing by videoconference, and both she and her lawyer explained they had discussed the matter. Her image and voice were clear, and I confirmed she could see and hear me and the lawyers clearly.

I proceeded without the defendant physically present because, during the national emergency created by the novel coronavirus, she could not be physically present without seriously

jeopardizing public health and safety. I did not postpone the plea because her lawyer contended, and I found, delay of the plea would cause serious harm to the interests of justice.

Dated: January 5, 2023

**RUTH MILLER**
United States Magistrate Judge

## <u>NOTICE</u>

Failure to file written objections to the Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge, 28 U.S.C. Section 636(b)(1)(B), LRCi. 72.3, 72.4.